## J. L. Oakes, Jr., Appellee, v. Chicago Fire Brick Company, Appellant.

Gen. No. 42,449.

Heard in the second division, first district, this court at the October term, 1942; opinion filed January 18, 1944. Alfred Roy Hulbert, for appellant; Levinson, Becker, Peebles & Swiren, for appellee; Don M. Peebles and Robert A. Sprecher, of counsel. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.**